**Order entered November 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01589-CV

## IN RE MICHAEL JAMES VELA, Relator

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-18332-S**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    DOUGLAS S. LANG
       JUSTICE